**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/14/2017

IN RE:

KIMBERLY A. DURATZ
241A MARSHALL ROAD
OAKDALE, PA 15071
XXX-XX-5846          Debtor(s)

Case No. 12-22725 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/14/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **AMERICAN SUZUKI FINANCIAL SVC***<br>C/O NUVELL CREDIT CO LLC*<br>POB 78367<br>PHOENIX, AZ  85062 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 20,001.30<br>COMMENT: $CL-PL@0%/PL@K~P=K | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5747 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*FR BOA-DOC 57 | CRED DESC: PRIMARY RES MORTGAGE REC<br>ACCOUNT NO.: 3865 |
| **ALLEGHENY MEDICAL ASSOCIATES**<br>POB 73582<br>CLEVELAND, OH  44193 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8530 |
| **ECAST SETTLEMENT CORP****<br>PO BOX 28136<br>NEW YORK, NY  10087-8136 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 2,223.50<br>COMMENT: BEST BUY*FR CAPITAL ONE-DOC 53 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7147 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 11,898.94<br>COMMENT: CHASE BNK USA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5151 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 9,413.58<br>COMMENT: CHASE BNK USA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9025 |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9063 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 6,291.24<br>COMMENT: CHASE BNK USA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6853 |
| **BACK BOWL I LLC - SERIES C**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 25,514.40<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1837 |
| **COLLECTION SERVICE CENTER INC**<br>- CORPORATE OFFICE -<br>832 5TH AVE<br>POB 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4001 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CREDIT COLLECTION SERVICES++**<br>POB 9126<br>BOSTON, MA  02205-9126 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6284 |
| **DONALD FRANK**<br>5945 MCPHERSON AVE<br>BETHAL PARK, PA  15102 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **FIRST NIAGARA BANK**<br>POB 514<br>6950 S TRANSIT RD<br>LOCKPORT, NY  14095 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 470.86<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3231 |
| **THE HOME DEPOT CREDIT SERVICES++**<br>P.O. BOX 653000<br>DALLAS, TX  75265 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9389 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,237.76<br>COMMENT: GECRB/JC PENNEY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9060 |
| **KEYSTONE ANESTHESIA CONSULTANT**<br>804 SCOTT NIXON MEMORIAL DR<br>AUGUSTA, GA  30907 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2366 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 3,029.27<br>COMMENT: 5028/SCH*KOHLS/CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7350 |
| **NCO FINANCIAL SYSTEMS INC\*\***<br>POB 17116<br>WILMINGTON, DE  19850 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0164 |
| **NORTH EASTERN RECOVERY INC**<br>POB 209<br>THORNWOOD, NY  10594 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9041 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 329.54<br>COMMENT: GECRB/OLD NAVY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9974 |

| Creditor | Claim Info | Details |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 1,647.66<br>COMMENT: HSBC SEARS*FR CPTL ONE*DOC 37 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1919 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br><br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3897 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br><br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0977 |
| **COLLECTION SERVICE CENTER INC**<br>- CORPORATE OFFICE -<br>832 5TH AVE<br>POB 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: UPMC PHYS SRVCS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4001 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 660.37<br>COMMENT: GECRB/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0061 |
| **QUANTUM3 GROUP LLC AGNT - WFNB**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 367.92<br>COMMENT: JUSTICE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0736 |
| **QUANTUM3 GROUP LLC AGNT - WFNB**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 705.62<br>COMMENT: VALUE CITY FURNITURE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0541 |
| **CITIZENS BANK**<br>443 JEFFERSON BLVD RJW-135<br><br>WARWICK, RI  02886 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:2-2<br><br>CLAIM: 310.80<br>COMMENT: NT/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1539T |
| **AFNI++**<br>POB 47248<br><br>OAK PARK, MI  48237 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/AMD F~DISH NETWORK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8779 |
| **EOS CCA**<br>CORP HEADQUARTERS<br>700 LONGWATER DR<br><br>NORWELL, MA  02061 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/AMD F~SIRRUS SATELITE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6694 |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O M & T BANK | Court Claim Number:15 | ACCOUNT NO.:  3865 |
| ATTN TRUSTEE PAYMENT CTR | | |
| PO BOX 1288 | CLAIM:  144.04 | |
| BUFFALO, NY  14240-1288 | COMMENT:  $CL-PL*FR BOA-DOC 57 | |

Case 12-22725-CMB    Doc 91    Filed 04/17/17    Entered 04/17/17 16:45:21    Desc
Page 6 of 6