IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Kimberly A. Duratz<br>    Debtor<br><br>Steidl and Steinberg, P.C.,<br>    Movant<br><br>           vs.<br><br>Office of the U.S. Trustee, Ronda Winnecour Trustee, Allegheny Medical, American Suzuki Finance, Back Bowl I LLC, Bank of America, Best Buy, Capital One, Chase, CitiBank, Citizens Bank, Collection Service Center Inc., Credit Collection Services, Dish Network, First Niagara, First Niagara Bank, JC Pennys, Keystone Anesthesia Consultants, Kohl's, Lakeview Loan Servicing, NCO Financial Services, North Easter Asset Recovery, Old Navy/GECRB, PRA Receivables Management, PA Dept. of Revenue, Portfolio Recovery Assoc., Quantum3 Group, Sears/Kmart, Sirius Satellite Radio, UPMC Physicians Services, WFNNB-Justice, WFNNB- Value City Furniture, Walmart, eCAST Settlement Corp.,<br>    Respondents | Case No. 12-22725 CMB<br>Chapter 13<br>Document No.  88<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, to-wit this ___24th___ day of _____April_____, 2017, after consideration of the Application for Interim Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1) The Application for Final Compensation is approved in the additional amount of $3,165.00 for work performed in the Chapter 13 case by Debtors' counsel from April 2, 2012, to March 29, 2017;

2) Before the approval of this Fee Application, the Debtors' counsel was paid an $400.00 retainer prior to filing and has been paid, or is approved to be paid, $3,300.00 by the Chapter 13 Trustee. After the approval of this Fee Application, the total amount of fees in

this case for Debtors' counsel is $6,865.00 with $6,465.00 as the maximum amount authorized to be paid through the Office of the Chapter 13 Trustee by this Application;

3) The Debtors paid their counsel for administrative costs and expenses totaling $400.00 prior to case filing. Expenses reimbursement of $0.00 is being requested here;

4) The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5) Additional fees totaling $1,000.00 were approved as part of the Amended Plan dated April 5, 2014 [filed at case docket number 45], and confirmed by the Confirmation Order dated July 3, 2014, [filed at case docket number 65];

6) An amended plan shall be filed within twenty one (21) days of the date of this order to provide for funding for these approved counsel fees in excess of the fees already provided for through the April 5, 2014, Amended Plan.

FILED
4/24/17 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*
dmr

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kimberly A. Duratz  
    Debtor

Case No. 12-22725-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Apr 24, 2017  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2017.  
db            +Kimberly A. Duratz,    241A Marshall Road,    Oakdale, PA 15071-2010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2017 at the address(es) listed below:  
         Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,  
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Christopher M. Frye    on behalf of Debtor Kimberly A. Duratz chris.frye@steidl-steinberg.com,  
          julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com  
         Daniel Mark Campbell    on behalf of Creditor    Citizens Bank dcampbell@hunton.com,  
          sklein@hunton.com  
         James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
         James A. Prostko    on behalf of Creditor    Lakeview Loan Servicing LLC pawb@fedphe.com,  
          james.prostko@phelanhallinan.com  
         Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com  
         Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,  
          joseph.schalk@phelanhallinan.com  
         Mario J. Hanyon    on behalf of Creditor    Lakeview Loan Servicing LLC pawb@fedphe.com  
         Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC  
          bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                             TOTAL: 11