**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>  KIMBERLY A. DURATZ<br><br>      Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  KIMBERLY A. DURATZ<br><br>      Respondents | Case No.12-22725CMB<br><br>Chapter 13<br><br>Document No.   96 | FILED<br>7/17/17 2:07 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this  17th  day of  July , 20 17 , it is hereby ORDERED, ADJUDGED, and DECREED that,

Adp
Attn: Payroll Manager
15 Waterview Blvd
Mail Stop 920
Parsippany,NJ 07054

is hereby ordered to immediately terminate the attachment of the wages of KIMBERLY A. DURATZ, social security number XXX-XX-5846.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KIMBERLY A. DURATZ.

BY THE COURT:

_____
**jah**
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kimberly A. Duratz  
    Debtor

Case No. 12-22725-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 1     Date Rcvd: Jul 17, 2017  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2017.  
db          +Kimberly A. Duratz,    241A Marshall Road,    Oakdale, PA 15071-2010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2017 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Christopher M. Frye    on behalf of Debtor Kimberly A. Duratz chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com  
         Daniel Mark Campbell    on behalf of Creditor    Citizens Bank dcampbell@hunton.com, sklein@hunton.com  
         James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
         James A. Prostko    on behalf of Creditor    Lakeview Loan Servicing LLC pawb@fedphe.com, james.prostko@phelanhallinan.com  
         Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com  
         Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com, joseph.schalk@phelanhallinan.com  
         Mario J. Hanyon    on behalf of Creditor    Lakeview Loan Servicing LLC pawb@fedphe.com  
         Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                   TOTAL: 11