IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 12-22725 |
| Kimberly A. Duratz, | ) | Chapter 13 |
| | ) | Docket No. |
| *Debtor* | ) | |
| | ) | |
| Kimberly A. Duratz, | ) | |
| | ) | |
| *Movant* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1.    The Debtor has made all payments required by the Chapter 13 Plan.

2.    The Debtor is not required to pay any Domestic Support Obligations.

3.    The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.    On April 28, 2017 at docket number 95, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

      This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


  July 24, 2017                                                    /s/ Kimberly Duratz
Date                                                               Debtor


_____                              _____
Date                                                               Debtor

Respectfully submitted,


 July 27, 2017_____          _/s/ Christopher M. Frye_____
DATE                          Christopher M. Frye, Esquire
                              Attorney for the Debtor

                              STEIDL & STEINBERG
                              Suite 2830, Gulf Tower
                              707 Grant Street
                              Pittsburgh, PA 15219
                              (412) 391-8000
                              Chris.frye@steidl-steinberg.com
                              PA I.D. No. 208402

**PAWB Local Form 24 (07/13)**