Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kimberly A. Duratz**
Debtor(s)

Bankruptcy Case No.: 12−22725−CMB

Chapter: 13
Docket No.: 103 − 102

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 28th day of August, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/12/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/25/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/12/17.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                            Case No. 12-22725-CMB
Kimberly A. Duratz                                                Chapter 13
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0315-2          User: dric                   Page 1 of 2                  Date Rcvd: Aug 28, 2017
                              Form ID: 408                 Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db            +Kimberly A. Duratz,    241A Marshall Road,    Oakdale, PA 15071-2010
cr            +BANK OF AMERICA, N.A.,    2380 Performnce Drive,    Richardson, TX 75082-4333
13385939      +Allegheny Medical,    2000 Cliff Mine Road PKW #2,    Pittsburgh, PA 15275-1008
13385941       Bank of America,    PO Box 15222,    Wilmington, DE 19886-5222
13469524      +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13385942       Best Buy,   C/O HSBC Retail Services,    P.O. Box 17298,    Baltimore, MD 21297-1298
13471549      +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13385947     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citicards,    P.O. Box 182564,    Columbus, OH 43218-2564)
13462986       Capital One, N.A.,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13385943       Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13385946       Chase,   Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
13393955      +Citizens Bank,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13385948       Collections Service Center, Inc.,    839 5th Ave,    P O BOX 560,
                New Kensington, PA 15068-0560
13385953       Keystone Anesthesia Conshltants,     P.O. Box 88073,    Chicago, IL 60680-1073
13855823       LAKEVIEW LOAN SERVICING,LLC SERVICING,     M&T BANK,    PO BOX 840,    BUFFALO, NY 14240-0840
13385957      +Old Navy/GECRB,    PO Box 53042,    Atlanta, GA 30355-1042
13385958      +Sears/KMart,   c/o HSBC Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
13416800       Sirius Satellite Radio,    c/o EOS CCA,    PO Box 567,    Norwell, MA 02061-0567
13385961      +UPMC Physician Services,    C/O Collection Service Center, Inc,    839 5th Ave,    P.O. Box 560,
                New Kensington, PA 15068-0560
13385959      +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13385963       WFNNB-Justice,    P.O. Box 659728,    San Antonio, TX 78265-9728
13385964       WFNNB-Value City Furniture,    P.O. Box 659704,    San Antonio, TX 78265-9704
13853404       eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bnc@bass-associates.com Aug 29 2017 01:22:58     eCAST Settlement Corporation,
               c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13405670      +E-mail/Text: ally@ebn.phinsolutions.com Aug 29 2017 01:23:02
               American Suzuki Financial Corporation Inc.,   P O Box 130424,    Roseville, MN 55113-0004
13385940       E-mail/Text: ally@ebn.phinsolutions.com Aug 29 2017 01:23:02
               American Suzuki Financial Services,    P.O. Box 380902,    Minneapolis, MN 55438-0902
13432368      +E-mail/Text: bncmail@w-legal.com Aug 29 2017 01:24:04     BACK BOWL I LLC, SERIES C,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13461494      +E-mail/Text: bnc@bass-associates.com Aug 29 2017 01:22:58     Capital One, N.A.,
               Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13385949      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 29 2017 01:24:40
               Credit Collection Services,   Two Wells Avenue,    Dept. 9136,    Newton, MA 02459-3225
13416799      +E-mail/Text: EBNProcessing@afni.com Aug 29 2017 01:24:01     Dish Network,    c/o AFNI,
               PO Box 3097,   Bloomington, IL 61702-3097
13385950       E-mail/Text: fnb.bk@fnfg.com Aug 29 2017 01:24:22     First Niagara,    PO Box 136,
               Buffalo, NY 14240-0136
13389035       E-mail/Text: fnb.bk@fnfg.com Aug 29 2017 01:24:22     First Niagara Bank. N.A.,
               6950 South Transit Road,   PO Box 514,    Lockport NY 14095-0514
13385952       E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 01:30:06     JC Penneys,    P.O. Box 960090,
               Orlando, FL 32896-0090
13385954      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 29 2017 01:23:09     Kohl's Payment Center,
               P.O. Box 2983,   Milwaukee, WI 53201-2983
13441620       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:29:59
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13624023      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:48:39
               PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13422483       E-mail/Text: bnc-quantum@quantum3group.com Aug 29 2017 01:23:26
               Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
               Kirkland, WA 98083-0788
13385962       E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 01:29:31     Walmart,    C/O GE Money,
               P.O. Box 530927,   Atlanta, GA 30353-0927
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Citizens Bank
cr             Lakeview Loan Servicing LLC
cr             Lakeview Loan Servicing, LLC
cr*           +Capital One, N.A.,   Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
               Tucson, AZ 85712-1083
cr*           +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13385951*    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Home Depot Credit Services,    P.O. Box 182676,
               Columbus, OH 43218-2676)
13385944*      Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13385945*      Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13385960*     +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
```

```
District/off: 0315-2            User: dric              Page 2 of 2              Date Rcvd: Aug 28, 2017
                                Form ID: 408            Total Noticed: 38

13385955      ##+NCO Financial Systems Inc,   30600 Telegraph Road,  Suite 4235,   Franklin, MI 48025-5815
13385956       ##North Eastern Asset Recovery, Inc.,   P.O. Box 209,  Thornwood, NY 10594-0209
                                                                                 TOTALS: 3, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Christopher M. Frye    on behalf of Debtor Kimberly A. Duratz chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com
              Daniel Mark Campbell    on behalf of Creditor    Citizens Bank dcampbell@hunton.com,
               sklein@hunton.com
              James     Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              James     Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Lakeview Loan Servicing LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Mario J. Hanyon    on behalf of Creditor    Lakeview Loan Servicing LLC pawb@fedphe.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12